Howard A. Fischer (HF 8582)
Daniel E. Shaw (DS 8129)
Matthew A. Katz (MK ____)
Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300 (tel)
(212) 277-6333 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CASHCALL, INC. and
DR. J. PAUL REDDAM,                :     07 Civ. 7332 (JGK)
                                   :
            Plaintiffs,            :
                                   :
    -against-                      :
                                   :     **RULE 7.1 STATEMENT**
CIGPF I CORP.,                     :
                                   :
            Defendant.             :
------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, please be advised that CashCall, Inc. ("CashCall") is a private non-governmental entity that is owned entirely by Dr. J. Paul Reddam.

Dated: New York, New York
       August 16, 2007

                           SCHINDLER COHEN & HOCHMAN LLP

                           By: _____
                               Howard A. Fischer (HF 8582)
                               Daniel E. Shaw (DS 8129)
                               Matthew A. Katz (MK ____)
                           100 Wall Street, 15th Floor
                           New York, New York 10005
                           (212) 277-6300

                           *Attorneys for Plaintiffs CashCall Inc. and
                           Dr. J. Paul Reddam*

{00033181}