SCHINDLER COHEN & HOCHMAN LLP

100 Wall Street
15th Floor
New York, N.Y. 10005
Tel (212) 277-6300
Fax (212) 277-6333

August 21, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/07

**BY FAX**

Honorable John G. Koeltl
United States District Judge
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
8/21/07

Re: *CashCall, Inc. and Dr. J. Paul Reddam v. CIGPF I Corp.*,
    07 Civ. 7332 (JGK)

Dear Judge Koeltl:

    We represent plaintiffs CashCall, Inc. and Dr. J. Paul Reddam in the above-referenced action. We write, on behalf of all parties, to request an adjournment of the hearing currently scheduled for Wednesday, August 22, 2007 at 10:30 a.m. until Tuesday, September 18, 2007. We realize that this is late notice to request such an adjournment; however, it was only late last night that the parties entered into a "standstill" agreement to allow for settlement negotiations to proceed.

    No previous requests have been made to adjourn this hearing, and all parties consent to this adjournment request.

    Please do not hesitate to contact me with any questions.

Respectfully,

Daniel E. Shaw

cc: Michael C. Hefter, Esq. (by fax)

{00033292}