

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASHCALL, INC., and DR. J. PAUL REDDAM,

          Plaintiffs,

      -v.-

CIGPF I CORP.,

          Defendant.

07 CIV 7332 (JGK)

STIPULATION OF DISMISSAL WITH PREJUDICE

     Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs CashCall Inc., and Dr. J. Paul Reddam,

together with Defendant CIGPF I Corp., by and through their respective counsel, do hereby

stipulate and agree to dismiss this action with prejudice. The parties shall bear their own costs.

Dated:  September 19, 2007
      New York, NY

By: _____
Howard A. Fischer (HF 8582)
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street
New York, NY 10004

*Attorneys for Plaintiffs*
*CashCall, Inc. and Dr. J. Paul Reddam*

By: _____
Michael C. Hefter (MH 2556)
Matthew L. Craner (MC 5931)
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103

*Attorneys for Defendant*
*CIGPF I Corp.*

So ordered.
J.G. Koeltl
U.S. D.J.